**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Ladasharae Shantae Weatherspoon Freal |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Mississippi |
| Case number | 22-50367 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** 1st Franklin Financial Corporation

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 2 4 6 7

**Date of payment change:** 08/04/2025
Must be at least 21 days after date of this notice

**New total payment:** $ 1125.69
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: Shortage

   **Current escrow payment:** $ 264.06    **New escrow payment:** $ 476.65

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%    **New interest rate:** _____%
   
   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____
   
   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

| | | | |
|---|---|---|---|
| Debtor 1 | Ladasharae S. Weatherspoon Freal | Case number (*if known*) | 22-50367 |
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Tammie Mathews          Date  06/25/2025
Signature

Print:  Tammie Mathews                              Title  Bankruptcy Real Estate Specialist
         First Name   Middle Name   Last Name

Company:  1st Franklin Financial Corporation

Address:  Attn: Admin Services PO Box 880
          Number                Street
          Toccoa                            GA        30577
          City                              State     ZIP Code

Contact phone  1-844-450-8777                Email  tmathews@1ffc.com

---

Official Form 410S1      **Notice of Mortgage Payment Change**      page **2**