IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  LaDasharae Shantae Weatherspoon-Freal, Debtor       Case No. 22-50367-KMS
CHAPTER 13

**MOTION TO INCUR NEW DEBT**

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 04/11/2022.
2. Debtor is paying approximately $7,800.00 to General Unsecured Debts through the plan.
3. Debtor is needing a vehicle for work.
4. Debtor wishes to borrow up to $30,000.00 to purchase a vehicle with a monthly car payment not to exceed $450.00. Debtor will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533


CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing was forwarded on October 28, 2025, to the creditor, case trustee and U.S. Trustee as indicated in the "21 day notice" that accompanies this Motion.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

CERTIFICATE OF SERVICE

       I hereby certify that on October 28, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

       /s/ Thomas C. Rollins, Jr.
       Thomas C. Rollins, Jr.