**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:  LaDasharae Shantae Weatherspoon-Freal, Debtor**      **Case No. 22-50367-KMS**
                                                                                                                    **CHAPTER 13**

**ORDER AUTHORIZING DEBTOR TO INCUR DEBT**

THIS CAUSE having come on this date on the Debtor's Motion to Incur Debt (DK

#____), the Court having reviewed and considered the facts herein, and there being no objection

from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Incur Debt is granted.

Debtor is authorized to borrow up to thirty thousand dollars ($30,000.00) to purchase a vehicle

with a monthly car payment not to exceed $450.00. Debtor shall pay the ongoing monthly

payments direct to the lender.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR