## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: LaDasharae Shantae Weatherspoon-Freal, Debtor**      **Case No. 22-50367-KMS**
**CHAPTER 13**

## <u>NOTICE</u>

Debtor has filed papers with the court to incur new debt.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: October 28, 2025          Signature:   <u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:  LaDasharae Shantae Weatherspoon-Freal, Debtor      Case No. 22-50367-KMS**
                                                                                                          **CHAPTER 13**

## MOTION TO INCUR NEW DEBT

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 04/11/2022.
2. Debtor is paying approximately $7,800.00 to General Unsecured Debts through the plan.
3. Debtor is needing a vehicle for work.
4. Debtor wishes to borrow up to $30,000.00 to purchase a vehicle with a monthly car payment not to exceed $450.00. Debtor will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing was forwarded on October 28, 2025, to the creditor, case trustee and U.S. Trustee as indicated in the "21 day notice" that accompanies this Motion.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 28, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system.  I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

LADASHARAE SHANTAE WEATHERSPOON FREAL,

CASE NO: 22-50367

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 10/28/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Incur

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/28/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

LADASHARAE SHANTAE WEATHERSPOON
FREAL,

CASE NO: 22-50367

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 10/28/2025, a copy of the following documents, described below,

Notice and Motion to Incur

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/28/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-50367
SOUTHERN DISTRICT OF MISSISSIPPI
TUE OCT 28 8-15-56 PST 2025

1ST FRANKLIN FINANCIAL CORPORATION
PO BOX 16507
HATTIESBURG  MS 39404-6507

BRIDGECREST ACCEPTANCE CORPORATION  CO AIS
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

~~ENCLUDE~~

SYNCHRONY BANK BY AIS INFOSOURCE  LP AS AGEN
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL  JR US COURTHOUSE~~
~~2012 15TH STREET  SUITE 244~~
~~GULFPORT  MS 39501-2036~~

1ST FRANKLIN FINANCIAL CORPORATION
ATT ADMIN SERVICES PO BOX 880
TOCCOA  GA 30577-0880

AKINS  ADAMS
108 E JEFFERSON ST
RIPLEY  MS 38663-2016

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

AMERICAN INTERCONTINEN
6600 PEACHTREE DUNWOOD
ATLANTA  GA 30328-6773

AMEX
PO BOX 981537
EL PASO  TX 79998-1537

ATG CREDIT
1700 W CORTLAND ST
CHICAGO  IL 60622-1131

AVANTEUSA LTD
3600 SOUTH GESSNER
HOUSTON  TX 77063-5184

BRIDGECREST
PO BOX 29018
PHOENIX  AZ 85038-9018

BRIDGECREST ACCEPTANCE CORPORATION
AIS PORTFOLIO SERVICES  LP
4515 N SANTA FE AVE  DEPT APS
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE
PO BOX 3115
MILWAUKEE  WI 53201-3115

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CAPITAL ONE BANK (USA)  NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CASCADE CAPITAL LLC
PO BOX 361450
INDIANAPOLIS  IN 46236-1450

(P)SUNBELT FEDERAL CREDIT UNION
6885 US HWY 49
BOX 3
HATTIESBURG MS 39403-0003

COMENITY BANK
PO BOX 183044
COLUMBUS  OH 43218-3044

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS  NV 89193-8872

CREDITSTACKSWEBBANKJ
75 SULLIVAN ST
NEW YORK  NY 10012-4710

(P)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

EZ CASH  CASH COW
3401 HARDY ST
HATTIESBURG  MS 39402-1502

FAIR SQUARE FINANCIAL LLC
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

FEDLOAN
POB 60610
HARRISBURG  PA 17106-0610

FINGERHUT
6250 RIDGEWOOD ROAD
SAINT CLOUD  MN 56303-0820

FIRST HERITAGE
3317 HARDY ST
STE 50
HATTIESBURG  MS 39401-6934

FIRST HERITAGE CREDIT OF MISSISSIPPI  LLC
DBA 1ST HERITAGE CREDIT
FIRST HERITAGE CREDIT
3317 HARDY ST STE 50
HATTIESBURG  MS 39401-6934

(P)FIRST SAVINGS BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

FRANKLIN COLLECTION SE
2978 W JACKSON ST
TUPELO  MS 38801-6731

GENESIS BANKCARD
PO BOX 4499
BEAVERTON  OR 97076-4499

JEFFREY FREAL
2 MURPHY RD
HATTIESBURG  MS 39402-9148

JENNIFER ANN CURRY CALVILLO
THE ROLLINS LAW FIRM PLLC
ON BEHALF OF THE DEBTOR
702 WEST PINE ST
HATTIESBURG  MS 39401-3836

KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI  MS 39534-7001

KIKOFF LENDING LLC
75 BROADWAY SUITE 226
SAN FRANCISCO  CA 94111-1458

KOHLS
PERITUS PORTFOLIO SERVICES II  LLC
PO BOX 141509
IRVING  TX 75014-1509

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MARINER FINANCE  LLC
8211 TOWN CENTER DR
NOTTINGHAM  MD 21236-5904

(P)MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS TN 38187-0235

MERIT HEALTH
PO BOX 281441
ATLANTA  GA 30384-1441

MERRICK BANK
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

NAVY FCU
820 FOLLIN LANE
VIENNA  VA 22180-4907

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA 22119-3000

OLLO CARD SERVICES
PO BOX 9222
OLD BETHPAGE  NY 11804-9222

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

REGIONS BANK
PO BOX 10063
BIRMINGHAM  AL 35202-0063

RESURGENT RECEIVABLES LLC
PO BOX 10587
GREENVILLE  SC 29603-0587

(P)SELF INC
901 E 6TH STREET SUITE 400
AUSTIN TX 78702-3241

SUNBELT FEDERAL CREDIT
6885 US HWY 49
HATTIESBURG  MS 39402

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 955060
ORLANDO  FL 32896-5060

SYNCHRONY BANK
PO BOX 105972
ATLANTA  GA 30348-5972

SYNCHRONY BANK
BY AIS INFOSOURCE  LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

THE BANK OF MISSOURI
2700 S LORRAINE PLACE
SIOUX FALLS SD 57106-3657

TOTAL VISATBOMVT
PO BOX 85710
SIOUX FALLS  SD 57118-5710

TOYOTA FINANCIAL SERVI
PO BOX 9490
CEDAR RAPIDS  IA 52409-9490

TRUE ACCORD
53 MAIDEN LANE
3RD FLOOR
SAN FRANCISCO  CA 94108

UNITED CREDIT
1214 WEST PINE
HATTIESBURG  MS 39401-5060

EXCLUDE
UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

(P)USCB CORPORATION
PO BOX 75
ARCHBALD PA 18403-0075

EXCLUDE
(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG MS 39401-3836

LADASHARAE SHANTAE WEATHERSPOONFREAL
2 MURPHY RD
HATTIESBURG  MS 39402-9148

RESURGENT CAPITAL RESURGENT RECEIVABLES LLC
PO BOX 10587
GREENVILLE  SC 29603-0587

EXCLUDE
THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767