**Fill in this information to identify the case:**

Debtor 1        Ladasharae Shantae Weatherspoon Freal

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: __Southern__   District of __Mississippi__
                                                                            (State)

Case number   22-50367

---

Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** 1st Franklin Financial Corporation         **Court claim no**. (if known): __7__

**Last 4 digits** of any number you use to identify the debtor's account:     2   4   6   7

**Date of payment change:**
Must be at least 21 days after date of this notice    08 / 04 / 2026

**New total payment:**
Principal, interest, and escrow, if any    $ 898.31

*For HELOC payment amounts, see Part 3*

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

_____

**Current escrow payment:**  $ 476.65          **New escrow payment:**  $ 249.27

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

_____

**Current interest rate:** _____ %          **New interest rate:** _____ %

**Current principal and interest payment:** $ _____          **New principal and interest payment:** $ _____

| Part 3: | Annual HELOC Notice |
|---|---|

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No
☐ Yes.

**Current HELOC payment:**     $_____

**Reconciliation amount:**     + $_____ or
                              - $_____

Debtor 1 ___Ladasharae S Weatherspoon Freal___   Case number (*if known*) __22-50367_____
          First Name      Middle Name      Last Name

Amount of next payment (including reconciliation amount)                    $_____

Amount of the new payment thereafter (without reconciliation amount)        $_____

## Part 4:   Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment:  $ _____

## Part 5:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Tammie Mathews _____   Date __06_/_15_/_2026__
    Signature

Print:   Tammie Mathews _____   Title   Bankruptcy Real Estate Specialist
         First Name    Middle Name    Last Name              _____

Company   1st Franklin Financial Corporation

Address   Attn: Admin Services PO Box 880
          Number          Street
          Toccoa                    GA        30577
          City                      State     ZIP Code

Contact phone  (_844_) _450_ – _8777___        Email __tmathews@1ffc.com__