**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE <u>SOUTHERN</u> DISTRICT OF <u>MISSISSIPPI</u>**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO.: 22-50367** |
| | ) | |
| **Ladasharae Shantae Weatherspoon Freal** | ) | |
| **SSN: xxx-xx-2523** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | **CHAPTER 13** |
| **Debtor.** | ) | |

**<u>NOTICE OF MORTGAGE PAYMENT CHANGE</u>
<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have served a copy of the foregoing upon the below listed parties to this action by placing a copy of same in the United States Mail, postage pre-paid and properly addressed, or by notification of the CM/ECF electronic notification system, this 15th day of June 2026.

/s/ Tammie Mathews
Tammie Mathews
Bankruptcy Real Estate Specialist
1st Franklin Financial Corporation
Post Office Box 880
Toccoa, Georgia 30577
(706) 282-5529
administrativeservices@1ffc.com

*VIA ELECTRONIC SERVICES*

David Rawlings on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net

Thomas Carl Rollins, Jr on behalf of Debtor LaDasharae Shantae Weatherspoon-Freal trollins@therollinsfirm.com jennifer@therollinsfirm.com;tcr25law@gmail.com;notices@therollinsfirm.com;alex@therollinsfirm.com;breanne@ therollinsfirm. com;trollins@ecf.courtdrive.com;calvillojr81745@notify.bestcase.com