

| Contact Information |
| --- |
| 1ST FRANKLIN FINANCIAL CORPORATION |
| 11550 W I-10 FRONTAGE ROAD SUITE 234 |
| SAN ANTONIO, TX 78230 |
| Branch          (833) 233-9270 |
| Fax |
| Website: www.1ffc.com |

**JEFFERY FREAL**
**LADASHARAE FREAL**
**2 MURPHEY RD**
**HATTIESBURG MS 39402**

| Payment Information | | |
| --- | --- | --- |
| ACCOUNT NUMBER: | | ▓▓▓▓0145 |
| ANALYSIS DATE: | | 06/10/2026 |
| | PRESENT PAYMENT | NEW PAYMENT AS OF 08/04/2026 |
| Principal & Interest (P&I) | 649.04 | 649.04 |
| Escrow Payment | 476.65 | 249.27 |
| Total Payment | 1,125.69 | 898.31 |

**ANNUAL**

**Escrow Account Disclosure Statement**

## I.   Why Am I Receiving This Statement?

1st Franklin Financial Corporation reviews your escrow account every year to ensure that you have enough money in your Escrow Account to pay, as applicable, your upcoming property taxes, homeowners insurance premiums and flood insurance premiums when they are due. This Statement provides details of any changes in your Escrow Account and resulting changes to your total monthly mortgage payment.

We have to collect enough from you each month to cover the anticipated payments from your escrow account that we will make.  We anticipate the following payments from your escrow account next year: Property Insurance of $1975.25, Property Taxes of $468.71, and Flood Insurance (if applicable) of $547.31.

## II.  Escrow Account History

| This is a Statement of Actual Activity in Your Escrow Account | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| From August 2025 Through August 2026 | | | | | | | |
| | Payments to Escrow Account | | Payments from Escrow Account | | | | Escrow Account Balance | |
| Month | Projected | Actual | Projected | Actual | Description | Projected | Actual |
| August | 476.65 | 264.06 * | | | | 1,904.52 | 1,691.93 |
| September | 476.65 | 264.06 * | | | | 2,381.17 | 1,955.99 |
| October | 476.65 | 331.55 * | | 1,975.25 | ALLSTATE | 2,857.82 | 312.29 |
| November | 476.65 | 476.65 | | | | 3,334.47 | 788.94 |
| December | 476.65 | 0.00 * | 401.37 | 468.71 | FORREST COUNTY TAX COLLECTOR | 3,409.75 | 320.23 |
| January | 476.65 | 476.65 | | | | 3,886.40 | 796.88 |
| February | 476.65 | 953.30 * | | 547.31 | SUPERIOR FLOOD INC | 4,363.05 | 1,202.87 |
| March | 476.65 | 476.65 | 1,180.11 | | SUPERIOR FLOOD INC | 3,659.59 | 1,679.52 |
| April | 476.65 | 476.65 | 3,464.00 | | ALLSTATE | 672.24 | 2,156.17 |
| May | 476.65 | 476.65 | | | | 1,148.89 | 2,632.82 |
| June | 476.65 | 0.00 * | | | | 1,625.54 | 2,632.82 |
| | | | | | Current Impound Balance as of 06/10/2026 | | 2,632.82 |
| *June | | 0.00 | | | | | 2,632.82 |
| *July | 476.65 | 476.65 | | | | 2,102.19 | 3,109.47 |
| *August | | 0.00 | | | | | 3,109.47 |
| (*)projection | | | | | | | |
| Totals | $5,719.80 | $4,672.87 | $5,045.48 | $2,991.27 | | | |

This section itemizes the actual escrow account transactions since your previous escrow analysis or initial escrow disclosure. The "Projected" payments from your previous escrow analysis are to the left of the actual payments, disbursements, and escrow balance.

Last year we projected that payments from your escrow account would be made during the year equaling $5,045.48. Under federal law, your lowest monthly balance should not have exceeded $312.29, or 1/6 of the projected payments from the escrow account. Your targeted low point escrow balance (Low Point) was therefore $672.24. Your actual low point escrow balance was $312.29. By comparing the projected payments to and from the escrow account with the actual payments to and from the escrow account, you can determine where a difference may have occurred. The items with an asterisk (*) on your account history may explain this. The ending actual balance may include transactions that have not yet been posted to or from your escrow accounts as of the date of this analysis. These items, if any, are identified with a (P).

## III.  Projections for the Coming Year

This section estimates the activity in your escrow account for the coming year and is based on payments we anticipate receiving from you ("To") and payments from your escrow account that we anticipate making on your behalf ("From").  When your escrow balance reaches its lowest point during an account cycle, that balance is targeted to be your cushion amount or Low Point.

### Projected Escrow Activity From August 2026 Through August 2027

| | Escrow Account Projected Payments | | | Escrow Account Balance Projected |
| --- | --- | --- | --- | --- |
| | To | From | Description | |
| | | | Required Starting Balance | 2,224.50 |
| August | 249.27 | 1,975.25 | ALLSTATE | 498.52 |
| September | 249.27 | | | 747.79 |
| October | 249.27 | | | 997.06 |
| November | 249.27 | | | 1,246.33 |
| December | 249.27 | 468.71 | FORREST COUNTY TAX COLLECTOR | 1,026.89 |
| January | 249.27 | | | 1,276.16 |
| February | 249.27 | | | 1,525.43 |
| March | 249.27 | 547.31 | SUPERIOR FLOOD INC | 1,227.39 |
| April | 249.27 | | | 1,476.66 |
| May | 249.27 | | | 1,725.93 |
| June | 249.27 | | | 1,975.20 |
| July | 249.27 | | | 2,224.47 |
| August | 0.00 | | | 2,224.47 |

$2,991.27 Total Escrow Account Payments

Our review shows your escrow account has a SURPLUS. A surplus occurs when your escrow account contains excess funds that exceeds the estimated amount necessary to cover any future escrow disbursements from the escrow account. The surplus exists because your ending escrow balance is $3,109.47 and your starting balance according to this analysis should be $2,224.50. The difference between these two amounts is the SURPLUS of $884.97. Due to the current Bankruptcy status of your mortgage account, the surplus funds in your escrow account will be retained. Accordingly, we have the option to maintain these funds and subsequently reduce your monthly escrow payments by the surplus.

As shown at the top of page 1, **YOUR TOTAL MONTHLY MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE $** 898.31**,** which includes $ 649.04 for principal and interest, and $ 249.27 for your escrow account.